UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR WASSEL and
MOHAMED WASEL,

    Plaintiffs,

v.

CITY OF HAMTRAMCK, *et al.*,

    Defendants.
_____/

Case No. 18-cv-11662
Hon. Matthew F. Leitman

### ORDER (1) DIRECTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND (2) TERMINATING AS MOOT DEFENDANTS' MOTIONS TO DISMISS (ECF ## 7, 8)

In this action, Plaintiffs Omar Wassel and Mohamad Wasel allege, among other things, that the City of Hamtramck and certain of the City's police officers wrongfully arrested them and discriminated against them on the basis of their race. (*See* First Am. Compl., ECF #4.)  Defendants moved to dismiss Plaintiffs' claims (*see* Motions to Dismiss, ECF ## 7, 8), and the Court held a hearing on the motions on January 9, 2019.

At the hearing, the Court identified a number of areas of concern with respect to Plaintiffs' claims as they are currently pleaded.  Rather than rule on Defendants' pending motions to dismiss, the Court hereby **DIRECTS** Plaintiffs to file a Second Amended Complaint.  As the Court instructed on the record, Plaintiffs shall include

1

all reasonably-available pertinent factual allegations that they can make in good faith in the Second Amended Complaint. The Court will be disinclined to allow Plaintiffs to amend their Complaint a third time in order to add any missing factual allegations or to correct any other pleading defects.

Plaintiffs shall file the Second Amended Complaint by no later than **January 30, 2019**. Defendants shall answer or otherwise respond to the Second Amended Complaint by no later than **February 20, 2019**. Because the Court is directing Plaintiffs to file a Second Amended Complaint, the Court will **TERMINATE AS MOOT** Defendants' currently-pending motions to dismiss the First Amended Complaint (ECF ## 7, 8).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 9, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2